```
BETTY JANE GRIFFIN        *      IN THE

     Plaintiff            *      UNITED STATES DISTRICT

vs.                       *      COURT FOR THE DISTRICT

WAL-MART STORES, INC.     *      OF MARYLAND
                                 Northern District
     Defendant            *      Civil No: AMD 03-CV-223
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

MR. CLERK:

By agreement of counsel, please dismiss the above claim without prejudice.

John N. Fox, Jr.
GERALD P. SELLERS, P. A.
1001 St. Paul Street
Baltimore, MD   21202
752-1581
Attorney for Plaintiff

Christopher R. Dunn, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard #200
P. O. Box 40
Lanham, MD   20703-0040
Attorney for Defendant

"APPROVED" THIS 24th DAY OF Feb., 2003

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FEB 1 9 2003
DISTRICT OF MARYLAND

FILED LODGED ENTERED RECEIVED
FEB 2 4 2003
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

FEB 1 9 2003

UNITED STATES DISTRICT JUDGE